IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:22-CR-00119-M-KS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| JOSHUA LOWERY | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the court hereby ORDERS as follows:

In the defendant's plea agreement, he agreed to pay immediately any restitution ordered by the court. Pursuant to 18 U.S.C. §§ 3663 and 3664, and in accordance with the terms and conditions of the plea agreement, the defendant and the United States have agreed and stipulated that the defendant owes:

$900 in total restitution, made payable to the United States Postal Service. The payment can be mailed to the Minneapolis Accounting Service Center, 2825 Lone Oak Parkway, Eagan, MN 55121-9640.

The Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The court finds that the Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, the Defendant shall pay restitution in the amount and manner set forth above,

in accordance with the parties' agreement and the court's judgment. The court further orders that the Defendant's restitution shall be due and payable in full immediately. The Clerk of the Court shall enter an Amended Judgment consistent with this order. The hearing scheduled on April 8, 2025 is VACATED.

SO ORDERED this __4th__ day of April, 2025.

_____
RICHARD E. MYERS II
Chief United States District Judge

AGREED AND CONSENTED TO BY:

/s/ Jennifer Dominguez         April 3, 2025
JENNIFER DOMINGUEZ         Date
Counsel for Defendant

DANIEL BUBAR
Acting United States Attorney

/s/Leonard Champaign         April 3, 2025
LEONARD CHAMPAIGN         Date
Assistant United States Attorney